UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARK A SIMONEAUX                                          CIVIL ACTION

VERSUS                                                    NO: 07-0120-CJB-SS

MICHAEL J. ASTRUE, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that defendant's cross-motion for summary judgment (Rec. doc. 10) is GRANTED and plaintiff's motion for summary judgment (Rec. doc. 7) is DENIED.

New Orleans, Louisiana, this 25th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE